IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                        PLAINTIFF

v.                      Case No. 4:10CR00336 SWW

DAVID BRIAN ALLEN                                               DEFENDANT

### ORDER

The court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.

IT IS SO ORDERED this 24th day of February, 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE